In the Matter of the Application of SYRACUSE AND SUBURBAN RAILROAD COMPANY for the Appointment of Three Commissioners to Determine Whether Its Railroad Ought to Be Constructed and Operated in Pine Street between East Genesee Street and East Fayette Street, in the City of Syracuse, N. Y.— Motion granted and Henry Funda, Frank J. Schnauber and Thomas W. Dixson, all of Syracuse, N. Y., appointed as such commissioners.

CHARLES A. FINNEGAN, Respondent, v. GEORGE S. BUCK and Others, as and Constituting the Council of the City of Buffalo and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and question for review certified.